Commonwealth *v.* Walloe, Appellant.

Submitted March 28, 1974. *Ronald J. Brockington,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Wernecke, Appellant.

Submitted April 8, 1974. *John J. Dirienzo, Jr.,* Assistant Public Defender, and *John M. Cascio,* Public Defender, for appellant; *Frederick F. Coffroth,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Whiting, Appellant.

Submitted March 18, 1974. *Louis Sherman,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.